187 So.2d 116

**STATE of Louisiana**

**v.**

**Henry BROOKS.**

No. 48100.

June 6, 1966.

Gerald F. Lofaso, Houma, for relator and defendant.

Jack P. F. Gremillion, Atty. Gen., William P. Schuler, Asst. Atty. Gen., Wilmore J. Broussard, Jr., Dist. Atty., for appellee.

FOURNET, Chief Justice.

This court lacks appellate jurisdiction in this case as the defendant-appellant was convicted of violating R.S. 56:366, a misdemeanor, and he was neither fined nor sentenced to serve more than six months in jail. Section 10 of Article VII of the Constitution of 1921, as amended.

For the reasons assigned, the appeal is dismissed.